**County of Cook, a Body Politic and Corporate, Appellee, v. Victor Yacktman, Appellant.**

**Gen. No. 48,005.**

First District, First Division.
April 20, 1960.

Melvin B. Lewis, Frank W. Oliver, and Daniel H. Pappas, for appellant; Benjamin S. Adamowski, State's Attorney of Cook county, Illinois (Francis X. Riley and Richard V. Houpt, Assistant State's Attorneys, of counsel) for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.